THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | |
| v. | : | CIVIL ACTION NO. MISC. 05-040ML |
| DOUGLAS G. VAUGHAN Respondent | : | |

**NOTICE OF COMPLIANCE**

This matter having come on for hearing before this Court on May 9, 2005, Respondent Douglas G. Vaughan, was directed to meet with Revenue Officer Shawn Skene. As of July 20, 2005, Douglas G. Vaughn has provided the requested documents and has complied with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance was mailed by regular mail to Gene M. Carlino, Esq., attorney for Respondent, Carlino Law Associates, 410 South Main Street, Providence, RI 02903, on this 22nd day of August, 2005.